IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

**FILED**

JAN 3 1 2002

ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY_____ DEPUTY

| | |
|---|---|
| LARRY EUGENE YARBROUGH, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. CIV-01-1421-L |
| ) | |
| CHARLES RAY, Warden, et al., ) | |
| ) | |
| Respondents. ) | |

**DOCKETED**

## JUDGMENT

Pursuant to the Order issued this date, the Petition for Writ of Habeas Corpus is dismissed for failure to file within the applicable statute of limitations.

Entered this 31st day of January, 2002.

TIM LEONARD
United States District Judge

ENTERED ON JUDGMENT DOCKET ON JAN 3 1 2002

